UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERROL ADOLPHE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:18-cv-00129 |
| | § | |
| SHELL OIL PRODUCTS | § | |
| COMPANY LLC, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF TERAH MOXLEY

Pursuant to 28 U.S.C. § 1746, I, Terah Moxley, declare the following:

1. My name is Terah Moxley. I am over eighteen (18) years of age. I have never been convicted of a crime and I am fully competent and qualified to make this declaration. I have personal knowledge of the matters contained herein, and I am submitting this Declaration on behalf of Defendant Shell Oil Products Company LLC. I am an attorney with the law firm of Estes Thorne & Carr PLLC and counsel for Defendant in the above-styled action.

2. Submitted in support of Defendant's Motion for Summary Judgment are true and correct copies of:

- The transcript from the November 15, 2018 deposition of Plaintiff Errol Adolphe with deposition exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 18, 19, 20, 21, 32, 33, 36, 37;

- November 29, 2018 deposition of Laura Brown with deposition exhibits 9, 11, 12, 16, 18, 20, 22, 23, 30; and

- The transcript from the November 16, 2018 deposition of Renee Guckenburg with deposition exhibit 2.

3. In addition, attached hereto as Exhibit H1 and submitted in support of Defendant's Motion for Summary Judgment is a true and correct copy of excerpts from the

certified copy of Plaintiff's file related to unemployment benefits obtained from the Texas Workforce Commission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February, 2019.

                                                                                            _____
                                                                                            TERAH MOXLEY

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**



| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF TRAVIS | § |

## CERTIFIED COPY OF PUBLIC RECORDS

RE:   Errol Adolphe
Ref #:   460-2015-04009

I, Marisa Flores, Assistant Disclosure Officer for the Texas Workforce Commission (Commission), an administrative agency of the State of Texas, hereby certify that the Commission has conducted a diligent search for the following records regarding the above referenced individual and the employer – Shell Oil Products Company, LLC

UI-Determinations
UI-Teleserve
Online Claimant Response
UI Claim Information
UI All Records

I further certify that the documents attached hereto are true and correct copies of documents located as a result of this search and that these documents consist of official records or reports, or entries therein with redactions of confidential information including redactions withheld under Sections 301.081 and 301.085 by Texas Labor Code, or if documents authorized by law to be recorded or filed and actually recorded or filed in a public office.

Texas Workforce Commission policy and procedures for maintenance and retention of records relating to the Agency's primary program operations are provided on the attached document entitled "Retention Schedule for Major Program Records."

Witness my hand and the official seal of the Texas Workforce Commission, in Austin, Texas on 7/24/2018.

Marisa Flores
Assistant Disclosure Officer
Texas Workforce Commission

Exhibit H1
SHELL/ADOLPHE-TWC-00001

```
2024        2021-1 C2420
UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 830277
SAN ANTONIO TX 78283-0277
```



# DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
Date Mailed:   April 13, 2015

```
ERROL ADOLPHE
2803 FOUR PINES DR
HUMBLE TX 77345-1304
```

Social Security Number: XXX-XX-9053
Employer: SHELL OIL PRODUCTS C
As:
Employer Account No: 08-448215-3
All dates are shown in month-day-year order.

## Decision

**Issue:** Separation From Work
**Decision:** We can pay you benefits, if you meet all other weekly requirements such as being able, available and actively searching for work.
**Reason for Decision:** Our investigation found your employer fired you because you were unable to perform your assigned work to their satisfaction. This is not considered misconduct connected with the work.
**Law Reference:** Section 207.044 of the Texas Unemployment Compensation Act.

### Understanding your Decision
If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.

**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center at 800-939-6631 if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.

Your employer can appeal TWC's decision to pay benefits. TWC will notify you of any appeal hearing. If you do not participate, you may lose your benefits and have to repay benefits you received.

## Determination of Potential Chargeback for the Employer

We will charge your former employer's account if we pay you benefits.

## If You Disagree with this Decision

If you disagree with this decision, you may appeal. Submit your appeal online, by fax, or by mailing on or before **04-27-15**. TWC will use the postmark date or the date we receive the fax or online form to determine whether your appeal is timely. If you appeal by fax, you should keep your fax confirmation as proof of transmission. Please include a copy of this notice with appeals correspondence. **You must appeal each determination separately.**

Mail the appeal to:
Appeal Tribunal
Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0002
Or fax to (512) 475-1135

You may appeal by submitting TWC's online appeal form. Go to www.texasworkforce.org

Case No.: 3
Claim ID.: 03-22-15
Claim Date: 03-22-15
HEARING IMPAIRED CLIENTS
CALL 711 for RELAY TEXAS

Please See Reverse For How To File An Appeal.
BD300E 06/27/2013

**Exhibit H1**
SHELL/ADOLPHE-TWC-00036

## How to Request an Appeal

**Submit your appeal online, by fax, or by mailing** a signed letter to the TWC Appeals Department at the address or fax number on the front of this form, or to any Texas Workforce Solutions office within **14 calendar days of the date** we mailed you this letter. The deadline is on the front of this form.

— If you **mail** your appeal, it must be **postmarked** on or before the deadline.
— If you **submit online** or **fax** your appeal, TWC must **receive** it on or before the deadline. Print and keep the confirmation page as proof of transmission.

**Include in your appeal letter:**
— your name, address, Social Security number (SSN);
— date TWC mailed you the decision you want to appeal;
— requests for translators for you or your witnesses, if needed, and what language, including special services such as an interpreter for the hearing-impaired.

> **Continue requesting payment** every two weeks, unless you return to full-time work. If the appeal is in your favor, we can pay you **only** for the weeks you requested payment and met all other eligibility requirements.

**IMPORTANT:** If you miss the deadline to appeal, explain in detail on your request why you appealed late. If TWC decides **not** to hear the case because you appealed late, we will mail you a decision that you may appeal.

## Appeal Tribunal Hearing

**The first appeal level is a telephone hearing** with the Appeal Tribunal (AT). The AT hearing consists of oral statements given under oath. Your employer may also appeal and participate in your hearing. **You may call witnesses.** Most parties participate without legal representation. You may have someone represent you, but TWC does not provide representation.

**Keep your mailing address current.** We will **mail** you the AT decision. It is important that you **participate in the AT hearing** because the hearing officer makes the decision solely on testimony given at the hearing. If you cannot participate at the scheduled time, call the hearing officer at the number listed on the hearing notice.

**To prepare for your hearing,** view TWC's appeal tutorial at www.twc.state.tx.us/ui/appl/employers_intro.html.

**Date and Time.** We will **mail** you and the employer a hearing notice packet with the date and time of your hearing with **instructions** on submitting additional documents you may want to present at the hearing. You must mail or fax copies of the additional documents to the employer and TWC immediately after receiving the hearing packet.

## Additional Appeals

**If you disagree with the AT decision,** you may appeal to **Commission Appeals (CA).** The Commission will rule on your case after reviewing the AT decision and listening to the recorded hearing. If you disagree with the CA decision, you may request a **Motion for Rehearing (MR)** within 14 calendar days of the mailing date of the CA decision. TWC will grant the MR if you can show **all** of these:

— important **new information** about your case;
— why the information could change the decision; and
— a compelling reason why you did not present the information earlier.

You may also appeal the CA decision to a **civil court** between 15 and 28 days after the date we mailed you the CA decision. You must complete the AT and CA levels before appealing to a civil court.

## For More Information

Go to ui.texasworkforce.org and select **Appeal Status** to view your appeal status, actions taken on your appeals, a history of your appeals, and more.

Read more about How to appeal a decision on the Unemployment Benefits page at www.texasworkforce.org/unemploymentbenefits. Internet access is available at public libraries and Texas Workforce Solutions offices.

BD300F 06/27/2013

**Exhibit H1**

SHELL/ADOLPHE-TWC-00037